AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of Maryland

| | |
|---|---|
| United States of America<br>v.<br><br>KIMBERLY PARNELL<br><br>*Defendant(s)* | Case No. 13-2405 SKG |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 2010 to present__ in the county of __Baltimore__ in the
_____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 201 | Bribery of a public official |

This criminal complaint is based on these facts:
See attached Affidavit of FBI Special Agent Gregg Domroe

☐ Continued on the attached sheet.

_____
Complainant's signature

SA Gregg Domroe
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/8/13

_____
Judge's signature

City and state: Baltimore, Maryland

The Honorable Susan K. Gauvey
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Gregg Domroe of the Federal Bureau of Investigation ("FBI") being duly sworn, state as follows:

1. I am an "investigative or law enforcement officer" of the United States within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States empowered by law to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516.

2. I am a duly sworn member of the FBI and have been so employed since August 2003. I am currently assigned to the Baltimore Division of the FBI in Baltimore, Maryland.

3. This Affidavit is submitted in support of a criminal complaint charging **Kimberly PARNELL** with bribery, in violation of 18 U.S.C. § 201. The probable cause for this criminal complaint can be found in the Affidavit attached as Exhibit A, which was authored and offered by FBI Special Agent Mia Winkley in support of search warrants for several locations associated with the ongoing investigation into bribery, mail and wire fraud, and drug trafficking.

4. Section 201(b)(2) of Title 18 of the US Code prohibits:

Whoever . . . being a public official . . . , directly or indirectly, corruptly demands, seeks, receives, accepts, or agrees to receive or accept anything of value personally or for any other person or entity, in return for:

> (B) being influenced to commit or aid in committing, or to collude in, or allow, any fraud, or make opportunity for the commission of any fraud, on the United States; or

> (C) being induced to do or omit to do any act in violation of the official duty of such official or person;

5. As is described in Attachment A, the defendant, Kimberly PARNELL, has engaged in a bribery and mail and wire fraud scheme from October 2010 to present, using her position as Station Master of the Pikesville Post Office in Baltimore, Maryland to approve false

invoices for payment by the USPS and then divide the proceeds with other members of the scheme. The payments to PARNELL were made to induce her to aid in committing a fraud on the United States and to induce her to approve the false invoices, in violation of her official duties as Station Manager of the Pikesville Post Office.

WHEREFORE, I request that this Court issue a criminal complaint charging Kimberly PARNELL with bribery, in violation of 18 U.S.C. § 201.

Special Agent Gregg Domroe
Federal Bureau of Investigation

Subscribed and sworn to before me.

10/8/13
DATE

12:15 pm
TIME

The Honorable Susan K. Gauvey
United States Magistrate Judge