# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 13-2407 SKG |
| LADENA SKETERS-ANDERSON | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 2010 to present__ in the county of __Baltimore__ in the _____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 201 | Bribery of a public official |

FILED _____ ENTERED
LODGED _____ RECEIVED

OCT 08 2013

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

This criminal complaint is based on these facts:
See attached Affidavit of FBI Special Agent Gregg Domroe

☐ Continued on the attached sheet.

_____
*Complainant's signature*

SA Gregg Domroe
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/8/13

_____
*Judge's signature*

City and state: Baltimore, Maryland       The Honorable Susan K. Gauvey
                                          *Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Gregg Domroe of the Federal Bureau of Investigation ("FBI") being duly sworn, state as follows:

1. I am an "investigative or law enforcement officer" of the United States within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States empowered by law to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516.

2. I am a duly sworn member of the FBI and have been so employed since August 2003. I am currently assigned to the Baltimore Division of the FBI in Baltimore, Maryland.

3. This Affidavit is submitted in support of a criminal complaint charging **Ladena SKETERS-ANDERSON** with bribery, in violation of 18 U.S.C. § 201. The probable cause for this criminal complaint can be found in the Affidavit attached as Exhibit A, which was authored and offered by FBI Special Agent Mia Winkley in support of search warrants for several locations associated with the ongoing investigation into bribery, mail and wire fraud, and drug trafficking.

4. Section 201(b)(2) of Title 18 of the US Code prohibits:

Whoever . . . directly or indirectly, corruptly gives, offers or promises anything of value to any public official . . . , with intent—

> (B) to influence such public official . . . to commit or aid in committing, or collude in, or allow, any fraud, or make opportunity for the commission of any fraud, on the United States; or
>
> (C) to induce such public official . . . to do or omit to do any act in violation of the lawful duty of such official or person.

5. As is described in Attachment A, the defendant, Ladena SKETERS-ANDERSON, has engaged in a bribery and mail and wire fraud scheme from August 2010 to present, with the Station Managers of the Waverly and Pikesville Post Offices, both public officials. In that

Page 1 of 2

scheme, SKETERS-ANDERSON has made payments to these public officials to induce them to approve false invoices for payment by the USPS. The payments to the public officials were made to induce them to aid SKETERS-ANDERSON in committing a fraud on the United States and to induce them to approve the false invoices, in violation of their official duties as USPS Station Managers.

WHEREFORE, I request that this Court issue a criminal complaint charging Ladena SKETERS-ANDERSON with bribery, in violation of 18 U.S.C. § 201.

Special Agent Gregg Domroe
Federal Bureau of Investigation

Subscribed and sworn to before me.

10/8/13
DATE

The Honorable Susan K. Gauvey
United States Magistrate Judge

12:15 pm
TIME