May 24, 2014

To Whom It May Concern:

This letter of character is being written for, my sister, Ladena Sketers Anderson.

Ladena, the youngest of nine children, has grown up to be an outstanding person. After completing high school, she pursued her education in the nursing field. She has the compassion to help people, and helping people is what she does.

Ladena left the nursing arena after landing a job with the U. S. Postal Service. She moved up the ranks relatively quickly at the postal service, due to her leadership skills and abilities. After several years with the U.S. Postal Service, Ladena left the Postal Service to pursue her burning desire for entrepreneurship.

Ladena has always had the spirit of helping those who needed it. When she got married, she took in the two young children of her new husband and raised them as her own. When she started her business venture, she made sure she focused on hiring those who had problems with obtaining gainful employment due to some complications with the law. She believes people deserve an opportunity to get it right by having another chance.

She attends church regularly and sings on the church choir. She is very much involved with her grandchildren and helps out at many community events. I watched Ladena care for my mother prior to her death in April 2013. She worked tirelessly day and night, oftentimes neglecting herself. She spent many nights just sitting awake waiting to see if mother was going to call out for her. She has assisted others in our family with finding employment and has been a viable resource for many seeking information about various aspects of life.

I admire my sister for the energy she puts in to everything she does. She works with an attitude of excellence and expects the same from all that work with her, for her, and around her. I am proud of all that she has done and the stamina she has displayed in getting, what seem to be impossible, done. She has a low tolerance for excuses and expects everyone to do the very best they can do at every task set before them. Her integrity, candor, and appreciative spirit are all traits that are attributed to molding her into an outstanding woman and productive citizen.

I am honored to write this letter of character for Ladena. She has proved to be an inspiration to me and many others in our family. She has shown that dedication, hard work, and belief in self are the key ingredients for success. I am proud to say that she is my little sister and give her big kudos on her accomplishments.

Warmest Regards,

*Elaine Jenkins*
Elaine Jenkins