

*Founded 1940*
*Bishop and Mother James I. Doswell*

# DOSWELL CATHEDRAL
## Church of God in Christ

520 Doswell Avenue • Baltimore, Maryland 21223 • (410)233.8580

Elder Eastand J. Royal
Pastor

September 5, 2014

To whom it may concern:

I Pastor Eastand J. Royal Sr., the pastor of Doswell Cathedral Church of God in Christ. I have known Ladena Sketers-Anderson since the year of 2000. I met her and the family through her sister Bettie King who was a member of my church for 15years.

Dena has always been the same every time I met her, cheerful and pleasant to talk to. She attends Perkin Square Baptist church down the street from my church. She is very supportive and a faithful member of the church.

I know that she has her janitorial business and she is a hard working young lady. She is always willing to help everyone that she feels needs the help. She was there to help during the Christmas Holiday to help fill baskets and feed the needed. Gifts to those children that were less fortunate.

She supplied school supplies for family members and friend when school started and all during the year.

She made sure that she provided help around the clock for her mom when she was sick until her transition in April 2013. Dena is a loving, kind and honest person. I believe in my heart that she would not do anything that would jeopardize her long hard work that she has accomplished these years.

Best Regards,

*[signature]*

Pastor Eastand J. Royal Sr.