September 5, 2014

Dear Sir/Madam:

I am writing this letter to speak on the character of, Ladena Sketers Anderson.

Ladena came to work at one of the post offices that I overseen in the fall of 1999.  As I made my visits to the station, I noticed Mrs. Sketers performing her tasks very effectively and efficiently.  It became more noticeable to me how she would take charge and hold her own peers accountable for their job functions, especially when she would take around the rated cage to issue out accountable items.  I was inspired to see such a young person come in and take the responsibility of their job duties to that level.  I inquired about her to the manager of the station and was blown away with the manager's response.  I was informed that Ladena was a very dedicated employee, who performed every job task like a second nature; she was outstanding on the Window side of the business, very helpful and polite to the customers.  Her attendance was excellent, her work performance on the work floor was untouchable and her ability to get along with everyone and their personalities was remarkable.  I knew she would be great in management, because not only did she know the job, but she knew how to deal with people and most importantly, she knew how to get everyone to work together as a team.  In all honesty, you don't find too many like Ladena that come your way.  Ladena begin as an Acting Supervisor in 2000 and was promoted to a Supervisor of Customer Services in 2001.

Ladena was detailed to many stations to get them back on track with helping them to make their goals and budget.  This was no easy task put upon her because she was never at a station for more than 15 months before saying her goodbyes and detailed to another station.  Not only did she do an outstanding job in getting the station's budget and goals in order, but some of the employees she managed was not a team player, brought all their problems to work with them, some were only was concern about the job they did and/or showed poor performance in performing their jobs, but with Ladena's knowledge and experience, she was able to handle each individual accordingly to their needs, uplift the workroom floor morale and had the employees working together and performing their daily duties as a team.  This I know to be true because I was approached many times when I visited stations she had been detailed and I received   numerous telephones calls at my office from employees, requesting for Mrs. Sketers Anderson to return back to their station.  Her performance made very proud because some of these stations was really hard to break through and she did it and they loved her for it.

Ladena, had one child, when married, she took in her husband two children, which she loved, raised and took care of them like they were her own.  After they got a little older, Ladena started going to college part-time to pursue her dreams of one day owning her own business, but unfortunately, they could not afford for to pay for full and part time college students, so Ladena, unselfishly gave it up for her stepson who had just graduated from Randallstown High the opportunity to go to college and fulfill his dreams.   Ladena was very involved in the community, as she was the Head coach of the Randallstown Panthers Cheerleaders Squad.  This I know because she use to share pictures of their tournaments and invite everyone out to their events.

Ladena is a very nice, respectful and trustworthy person.  She would help anyone who was in need of help.  She does not hesitate to put herself last or to do without, just so someone else could get what is needed.  I admire how she puts her all into everything she does and her dedication to complete every task she begins.  She is someone you can most definitely trust to get the job done.



Michael Smith


(Former) Area Manager of Postal Operations